[No. 35003.　　*En Banc.*　　October 15, 1959.]

PAUL V. KENNEDY *et al., Respondents,* v. INTERNATIONAL PAPER COMPANY, *Appellant.*[1]

*McLean, Klingberg, Houston & Bergman* and *Judson T. Klingberg,* for appellant.

*Houghton, Cluck, Coughlin & Henry,* for respondents.

PER CURIAM.—This case presents the same issues of fact and law as in the companion case of *Kennedy v. Weyerhaeuser Timber Co. ante* p. 766, 344 P. (2d) 1025.

The judgment is reversed for the reasons stated in the opinion in that case.

[1]Reported in 344 P. (2d) 1028.